# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS - 6

## CIVIL MINUTES - GENERAL

| Case No. | CV 20-01191-RGK-AGR | Date | March 3, 2020 |
|---|---|---|---|
| Title | BRIAN WHITAKER v. 1045 GAYLEY ASSOCIATES, LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT COURT JUDGE |
|---|---|
| Sharon Williams (not present) | Not reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not present | Not present |

**Proceedings:** **ORDER DISMISSING ACTION FOR FAILURE TO TIMELY RESPOND TO OSC**

    On February 14, 2020, the Court issued an Order to Show Cause ordering Plaintiff to provide certain information regarding damages sought and whether Plaintiff or Counsel satisfy the definition of a "high-frequency litigant." In its order, the Court warned that failure to timely or adequately respond to the OSC may, without further warning, result in the dismissal or the entire action without prejudice or result in the dismissal of Plaintiff's UNRUH claim. The Court ordered Plaintiff to respond in writing no later than February 21, 2020.

    Plaintiff failed to timely respond. Therefore, the Court hereby **dismisses without prejudice**, the action in its entirety.

    **IT IS SO ORDERED**.

:

Initials of Preparer   SW